# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIS R. JEWELL,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | 1:09cv0348 DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Document 12)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN OPENING BRIEF |

      On February 23, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. The Court issued an order to show cause on November 13, 2009, after Plaintiff failed to file his opening brief.

      On November 18, 2009, Plaintiff filed his response. Plaintiff's counsel, Marc V. Kalagian, explained that upon receiving the order, he checked the status of the file and found that Defendant had not responded to Plaintiff's August 5, 2009, confidential letter brief. Mr. Kalagian contacted Defendant's counsel, who stated that due to a heavy work load, he inadvertently failed to respond. Defendant responded to the letter on November 17, 2009.

1  As the action is now moving forward, the Court DISCHARGES the order to show cause.
2  Based on the November 17, 2009, response date, Plaintiff is GRANTED an extension of time to
3  December 17, 2009, to file his opening brief.

5  IT IS SO ORDERED.
6  Dated:   **November 19, 2009**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE